Case 1:19-cr-00012-CCC   Document 1   Filed 01/09/19   Page 1 of 2

FILED
HARRISBURG, PA
JAN 09 2019
PER P~
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: NO. 1:CR-19-012
v. :
: (Judge Conner)
GEORGE GRAVES, :
Defendant. :

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
### (Bank Robbery)

On or about December 7, 2018, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**GEORGE GRAVES,**

by force, violence and intimidation, did intentionally take from the person and presence of another, money, to wit: approximately $2049.25 in United States currency, belonging to and in the care, custody, control, management and possession of the M&T Bank located at 643 East Baltimore Street, Greencastle, Pennsylvania 17225, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault

and put in jeopardy the life of another person by the use of a dangerous weapon.

All in violation of Title 18, United States Code, Sections 2113 (a) and (d).

DAVID J. FREED
UNITED STATES ATTORNEY

TRUE BILL

_____
DARYL F. BLOOM
Assistant United States Attorney

_____
FOREPERSON

1/9/19
DATE